# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    VS.                                                **CASE NO: 6:22-mj-1120-LHP**

**JAMIE YAFA**

                                                               AUSA: Jennifer Harrington

                              Defense Attorney: Joshua Lukman, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **February 17, 2022**<br>3:45 P.M. – 4:02 P.M. |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | 17 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE
### (RULE 5C – SOUTHERN DISTRICT OF CALIFORNIA)

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights, including Rule 20 rights.
Defendant makes oral motion for court appointed counsel. Motion Granted. Defendant indicates he will retain counsel,
Court appoints FPD for limited appearance for proceedings in the MDFL.
Defendant waives formal reading of Indictment.
Government advises defendant of the counts in the Indictment and potential penalties.
Defendant waives Rule 5 & 5.1 hearings. (Defendant waived identity hearing)
Government makes oral motion for bond/release. Parties agree to conditions of release.
Court grants motion, defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court orders case removed to the Southern District of California, Order to enter.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.